# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JAMES MILLS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16 C 3019 |
| | ) |
| **SHAUN PARKER**, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This Court's sua sponte March 17, 2016 memorandum order addressed several aspects of the pro se action brought by prisoner plaintiff James Mills ("Mills"), importantly including the designation of James Slowikowski, a member of the District Court trial bar, to represent Mills in this litigation. Now attorney Slowikowski has carried out one of the most fundamental aspects of such representation by tendering a proposed First Amended Complaint ("FAC") to replace Mills' self-prepared original Complaint, and he has noticed up a motion for leave to file that FAC for presentment on August 17.

This memorandum order is issued (also sua sponte) to remind attorney Slowikowski of the provision of Fed. R. Civ. P. 15(a)(1)(B) under which such an amendment may be made "as a matter of course" (that is, without requiring court approval) -- a right that this Court has often referred to as the legal equivalent of the old common law dog-bite doctrine under which every dog was entitled to one free bite. Accordingly the motion for leave to file the FAC is granted, and attorney Slowikowski (who incidentally offices in Arlington Heights rather than in close proximity to the federal courthouse) will not be required to appear for that purpose. But because

this action has previously been scheduled for a status hearing that day, attorney Slowikowski may elect to participate telephonically in that status conference -- and if so, he should call this court's courtroom deputy Carol Wing at 312-435-5767 for that purpose in advance of the hearing.

                                                Milton I. Shadur
                                                Senior United States District Judge

Date: August 12, 2016